**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
LEXINGTON DIVISION
CASE NO. 5:20-CV-00171-JMH

HAGYARD-DAVIDSON-MCGEE ASSOCIATES;
HDM HOLDINGS, INC.; HDM PHARMACY, LLC;
STUART BROWN, II; KENNETH CANTERBURY;
LUKE FALLON; MICHAEL HORE; ROBERT HUNT;
ERNEST MARTNIZ, II; ARNALDO MONGE;
RHONDA O'ROURKE; KEVIN PFIESTER;
JEFFREY PUMPHREY; DWAYNE RODGERSON;
JAMES SCHALNUS; NATHAN SLOVIS; MICHAEL SPIRITO;
BENJAMIN STIVERS; and KAREN WOLFSDORF                    PLAINTIFFS

v.      **J. SMITH LANIER & CO.,**
        **MARSH & MCLENNAN AGENCY, LLC's**
        **RULE 7.1 CORPORATE PARTY DISCLOSURE STATEMENT**

FEDERAL INSURANCE COMPANY; CHUBB GROUP OF
INSURANCE COMPANIES; THE CHUBB CORPORATION;
CHUBB INDEMNITY INSURANCE COMPANY;
CHUBB NATIONAL INSURANCE COMPANY;
J. SMITH LANIER & CO.; MARSH & MCLENNON AGENCY, LLC;
JOHN B. MILWARD and JOHN K. MILWARD                      DEFENDANTS

***********

Defendants, J. Smith Lanier & Co., and Marsh & McLennan Agency, LLC, in compliance with Fed. R. Civ. P. 7.1, states that J. Smith Lanier & Co. was acquired by Marsh & McLennan Agency LLC in 2017. Marsh & McLennan Agency, LLC is a subsidiary of Marsh which is a business of Marsh & McLennan Companies (a publicly traded corporation).

Respectfully submitted,

s/Christopher M. Mussler
Christopher M. Mussler
GWIN, STEINMETZ & BAIRD, PLLC
401 West Main Street, Suite 1000

Louisville, KY 40202
Phone: 502-618-5700
Fax: 502-618-5701
*Counsel for Defendants, J. Smith Lanier & Co., Marsh & McLennon Agency, LLC, John M. Milward and John K. Milward*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, a true and correct copy of the foregoing was served by filing electronically through the Court's ECF system and by email to:

John W. Walters
Elizabeth Bass
Benjamin T. Harris
WALTERS RICHARDSON, PLLC
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
john@waltersrichardson.com
elizabeth@waltersrichardson.com
ben@waltersrichardson.com
*Counsel for Plaintiffs*

Matthew W. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
mbreetz@stites.com
*Counsel for Federal Insurance Company*

Joshua F. Barnette
STITES & HARBISON, PLLC
250 W. Main Street, Suite 2300
Lexington, Kentucky 40507
jbarnette@stites.com
*Counsel for Federal Insurance Company*

/s/Christopher M. Mussler